Wham & Wham, for appellant; Crain & Hall, for appellee. Opinion by JUSTICE BARDENS. Not to be published in full. Opinion filed January 26, 1954; rehearing denied February 23, 1954; released for publication February 26, 1954.

## Wareham's Dairy, Inc., Plaintiff-Appellee, v. Wabash Railroad Company, Defendant-Appellant.

### Gen. No. 9,912.    (Abstract of Decision.)

John W. Coale, for appellant; Hershey & Bliss, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed January 28, 1954; rehearing denied February 26, 1954; released for publication February 26, 1954.